UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOSE GALLIMORT, | Case No. 2:19-cv-00586-JAD-CWH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| OFFENDER MANAGEMENT DIVISION, *et al.*, | |
| Defendants. | |

**I.  DISCUSSION**

Plaintiff, who was formerly in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis*. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis* for non-prisoners or, in the alternative, pay the full filing fee for

1

this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis* by a non-prisoner.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed in forma pauperis by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* by a non-prisoner on the correct form; or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that failure to comply with this order will result in a recommendation that the case be dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: April 10, 2019

_____
UNITED STATES MAGISTRATE JUDGE